UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | Case No.: 2:24-mj-239 |
| **United States of America** | ) | |
| v. | ) | |
| **Andrew Desica Brown** | ) | Magistrate Judge |
| **60 Broad Meadows Blvd** | ) | |
| **Columbus, Ohio 43214** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Bartolucci, a Task Force Officer (TFO) with Homeland Security Investigations, being duly sworn, hereby depose and state:

1. I, TFO John Bartolucci (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of Title 18 United States §§ 2252 and 2252A– the distribution, transportation, receipt, and possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of subpoenas and execution of search warrants; interview(s); and my experience, training and background as a TFO. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Andrew Desica Brown (BROWN) committed the violations listed above.

2. I have been a sworn law enforcement officer for over 18 years with extensive training and experience. I am currently employed with the Ohio Internet Crimes Against Children Task Force assigned as a sworn Deputy Sheriff Detective with the Franklin County Sheriff's Office and Homeland Security Investigations as a Task Force Officer. I am a graduate of the Federal Bureau of Investigation's Cyber Investigations Certification Program and the ICAC Peer to Peer Network Investigations Certification as well as a myriad of other extensive training from the United States Secret Service's National Computer Forensic Institute. Moreover, I am a federal law enforcement officer (TFO) who is engaged in enforcing federal criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a criminal complaint.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about October 30, 2023 your affiant observed that IP address 76.34.86.35 was disseminating and/or downloading child pornography with an undercover computer law enforcement utilized to identify those who traffic in child exploitation material. This download had been completed via Peer to Peer (P2P) file sharing which allows people using P2P software to download and share files with other P2P users using the same or compatible P2P software. Your affiant knows that P2P software is readily available on the Internet and often free to download and allows user on the network to share digital files. An example of one such P2P network is BitTorrent. Users of the BitTorrent network wishing to share new content use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains information about the file(s) and provides a method for a user to download the file(s) referenced in the torrent from other BitTorrent users. Torrent files may be referenced by their "infohash", which uniquely identifies the torrent based on the file(s) associated with the torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts or the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

4. Between approximately October 26, 2023 through November 1 2023, an investigation with the Franklin County Internet Crimes Against Children (ICAC) Task Force was initiated for a device attributed to IP address 76.34.86.35. In that time frame, the ICAC successfully completed downloads of over 1000 images of child sexual abuse material from the BitTorrent network which was made available again from the device registered to IP address 76.34.86.35. For example, one file titled 7C2X2074.jpg depicted an adult male having vagina sex with a nude, prepubescent female child with another minor female child depicted laying next to the prepubescent female. Another image titled 7C2X2147.jpg depicted a nude prepubescent female performing oral sex on a nude adult male.

5. Preliminary investigation revealed that the Internet Service Provider (ISP) owning/operating IP address 76.34.86.35. was Charter Communications. On October 30, 2023 and November 8, 2023, subpoenas were served to Charter Communications requesting subscriber information related to the above-mentioned IP address. Charter Communications responded with the following subscriber information:

**Customer Name:** Delthonett Brown
**Account Address:** 60 Broad Meadows Boulevard, Apartment 234
Columbus, Ohio 43214

6. On or about November 3, 2023, legal process was served at the Worthington Terrace Apartment complex that encompassed the above noted address. Your affiant then learned that Andrew BROWN resided at that location with a family member, Delthonett Brown.

7. As the investigation continued, between approximately October 26 and April 7, 2024, your affiant successfully completed numerous additional downloads of child pornography

files from the BitTorrent network again which was made available again from the device registered to IP address 76.34.86.35.

8. On April 29, 2024, a search warrant for the residence located at 60 Broad Meadows Boulevard, Apartment 234 was obtained from the Franklin County Common Pleas Court. On or about April 30, 2024, that search warrant was executed by the Franklin County ICAC.

9. During the execution of the search warrant, your affiant made entry into the residence and observed BROWN sitting at a computer near the front door to the apartment. Upon further on scene preview of that computer, BROWN appeared to be actively downloading and exchanging child pornography with the undercover computer that had been monitoring him throughout the course of the investigation. BROWN was placed under arrest and eventually transported to the Franklin County Sheriff's Office.

10. Prior to that transport and after receiving his *Miranda* warnings, BROWN waived and agreed to speak to law enforcement. During that conversation, BROWN admitted to using P2P software to download child pornography. BROWN stated he was from Jamaica and was here on an expired Visa and that he looked at child pornography when he lived in Jamaica too. BROWN described himself as a "collector" of child pornography, stating that he has "a lot" of content on his devices.

12. Approximately 21 total devices were seized at the residence of BROWN in the investigation. On or about May 3, 2024, your affiant began the initial review of the forensic evidence from the 5TB Western Digital Elements portable hard disk drive recovered which was one of the devices recovered from BROWN's residence. The hard drive was organized into folders and contained hundreds of images and videos of child pornography. The following are just a few files your affiant noted upon the initial review:

- One video titled F:\2\CP SETS 2\cpack5_mending_2020\SANY - Petite Brun\SANY - Petite Brun\7yo Sany Petite brune show pussy.avi which was approximately 35 seconds in length and depicted a prepubescent female child on her hands and knees on a bed with her buttocks, anus, and vagina exposed to the camera. The female child is depicted reaching back and spreading her anus and vagina open which resulted in the camera zooming in on her genitalia and anus.

- One video titled F:\2\CP SETS 2\cpack5_mending_2020\SANY - Petite Brun\SANY - Petite Brun\7yopetite brune strip suck longer version no sound.avi which was approximately sixteen minutes and eighteen seconds in length and depicted a prepubescent female child removing all of her clothing. The female child is then depicted inserting her fingers into her vagina before performing oral sex on an adult male.

- One video titled F:\3\cum mouth 6 yo girl pthc\[JulyJailbait] - [jjclubumn7vkhyuw.onion] - anal rape for 6yo girl under drugs pthc amateur 1280x720 2020.mp4 which was approximately seven minutes and eighteen seconds in length and depicted a prepubescent female, who appeared to be incapacitated from some type of drug or medication, laying on a bed and nude from the waist down. The minor was depicted attempting to get up from the bed, but was unable to due to her drugged state. A nude adult male wearing a mask was then depicted grabbing the minor female, pulling her back, and putting the minor's legs around him while he inserted his penis into her anus. During the sex act, the minor was seen limp and the adult male was depicted having to hold her up while he continued to engage in anal sex with the child in various positions. The video ends with the male ejaculating into the mouth of the minor child.

13. Further investigation revealed that BROWN was a volunteer teacher at the Worthington Adventist Academy as well as a youth minister and youth bible study teacher at the Worthington Seventh-Day Adventist church.

14. Based upon the above information, your affiant submits that there is probable cause to believe that Andrew D. BROWN has committed offenses in violation of Title 18 United States §§ 2252 and 2252A–the distribution, transportation, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

TFO _____ USI
                                        1471
John Bartolucci
Task Force Officer
Homeland Security Investigations

Sworn and subscribed to before me this 7th day of May, 2023.

_____
Kimberly A. Jolson
United States Magistrate Judge

The Honorable Kimberly A. Jolson
Magistrate Judge
U.S. District Court for the Southern District of Ohio